■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR WARD, Appellant.—Judgment, Supreme Court, New York County (Juanita Bing Newton, J.), rendered May 29, 1990, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him to concurrent terms of imprisonment of 12½ years to life, unanimously affirmed.

Defendant's conviction for robbery under the theory that his accomplice caused physical injury to a person who was not a participant in the crime is supported by the evidence. The proof of the injury, a bleeding, "open" cut above the eye, was not "incidental" *(People v McDowell,* 28 NY2d 373, 375). Nor does defendant demonstrate that the prosecutor used his peremptory challenges in a racially discriminatory manner *(People v Jenkins,* 75 NY2d 550, 559; *People v Scott,* 70 NY2d 420, 425). We find no abuse of discretion in the sentence. Concur—Milonas, J. P., Wallach, Ross, Asch and Smith, JJ.